UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                                                                    Case No. 11-36097
    JUAN L GASTELUM
    ZULMA C GASTELUM
        Debtor(s)

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

    Glenn Stearns, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 09/02/2011.

2) The plan was confirmed on 12/09/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was completed on 05/20/2016.

6) Number of months from filing to last payment: 57.

7) Number of months case was pending: 60.

8) Total value of assets abandoned by court order: $0.00.

9) Total value of assets exempted: $33,278.00.

10) Amount of unsecured claims discharged without payment: $43,588.57.

11) All checks distributed by the trustee relating to this case have cleared the bank.

UST Form 101-13-FR-S (9/1/2009)

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $36,052.00 |
| Less amount refunded to debtor | $52.00 |

**NET RECEIPTS:** $36,000.00

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $2,750.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $1,455.06 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,205.06

Attorney fees paid and disclosed by debtor:    $750.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AFNI | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | 992.00 | 1,514.78 | 1,514.78 | 355.23 | 0.00 |
| AMERICASH LOANS LLC | Unsecured | NA | 816.87 | 816.87 | 191.57 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 828.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 596.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 1,555.00 | NA | NA | 0.00 | 0.00 |
| BAXTER CREDIT UNION | Unsecured | 997.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 824.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 653.00 | NA | NA | 0.00 | 0.00 |
| CERTIFIED SERVICES INC | Unsecured | 52.00 | NA | NA | 0.00 | 0.00 |
| CITY OF WAUKEGAN | Unsecured | 70.00 | NA | NA | 0.00 | 0.00 |
| COMED LEGAL REVENUE RECOVER | Unsecured | 400.00 | 614.11 | 614.11 | 144.02 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 523.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Unsecured | 4,000.00 | NA | NA | 0.00 | 0.00 |
| CONSUMER FINANCIAL SERVICES | Secured | 1,841.00 | 1,841.00 | 1,841.00 | 1,841.00 | 47.74 |
| CONSUMER FINANCIAL SERVICES | Unsecured | NA | 21.66 | 21.66 | 4.71 | 0.00 |
| CREDIT MANAGEMENT INC | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| CREDIT PROTECTION ASSOC | Unsecured | 304.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 545.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 99.00 | NA | NA | 0.00 | 0.00 |
| ENHANCED RECOVERY CORP | Unsecured | 855.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 435.00 | NA | NA | 0.00 | 0.00 |
| FFCC COLUMBUS INC | Unsecured | 155.00 | NA | NA | 0.00 | 0.00 |
| GUARANTY BANK | Unsecured | 134.00 | 133.81 | 133.81 | 29.10 | 0.00 |
| INOVISION | Unsecured | 788.00 | NA | NA | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 520.00 | 561.66 | 561.66 | 561.66 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| INTERNAL REVENUE SERVICE | Unsecured | 50.00 | 10.01 | 10.01 | 2.18 | 0.00 |
| JANS & TRIBE PC | Unsecured | 0.00 | 11,798.60 | 11,798.60 | 2,766.90 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 410.00 | 410.36 | 410.36 | 96.23 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS | Unsecured | 233.00 | 233.02 | 233.02 | 54.65 | 0.00 |
| LVNV FUNDING | Unsecured | NA | 1,434.33 | 1,434.33 | 336.37 | 0.00 |
| MEDICAL EYE SERVICES | Unsecured | 166.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 755.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | 751.00 | NA | NA | 0.00 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 441.38 | 441.38 | 103.51 | 0.00 |
| MIDLAND CREDIT MGMT | Unsecured | NA | 341.68 | 341.68 | 80.13 | 0.00 |
| MIDWAY EMERGENCY PHYSICIANS | Unsecured | 65.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE AGENCY | Unsecured | 297.00 | NA | NA | 0.00 | 0.00 |
| NORTH SHORE SANITARY DISTRICT | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 3,952.00 | 3,951.42 | 3,951.42 | 3,495.46 | 0.00 |
| OCWEN LOAN SERVICING LLC | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| PASKIN & OBERWETTER | Unsecured | NA | 323.86 | 323.86 | 75.95 | 0.00 |
| PASKIN & OBERWETTER | Unsecured | 324.00 | NA | NA | 0.00 | 0.00 |
| PEOPLES GAS LIGHT & COKE CO | Unsecured | 793.00 | NA | NA | 0.00 | 0.00 |
| PINNACLE FINANCIAL GROUP | Unsecured | 723.00 | NA | NA | 0.00 | 0.00 |
| PLAINS COMMERCE BANK | Unsecured | 661.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 542.00 | NA | NA | 0.00 | 0.00 |
| PORTFOLIO RECOVERY ASSOC | Unsecured | 300.00 | 465.65 | 465.65 | 109.20 | 0.00 |
| QUEST DIAGNOSTICS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| REGIONAL ACCEPTANCE CORPORAT | Unsecured | NA | 5,380.83 | 5,380.83 | 1,261.87 | 0.00 |
| REGIONAL ACCEPTANCE CORPORAT | Secured | 10,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 973.48 |
| SECURITY CREDIT SERVICES LLC | Unsecured | 663.00 | NA | NA | 0.00 | 0.00 |
| T MOBILE | Unsecured | NA | 322.90 | 322.90 | 75.72 | 0.00 |
| T MOBILE | Unsecured | NA | 1,506.90 | 1,506.90 | 353.39 | 0.00 |
| T MOBILE | Unsecured | 1,974.00 | 851.55 | 851.55 | 199.70 | 0.00 |
| TOYOTA MOTOR CREDIT CORP | Secured | 7,778.00 | 7,778.00 | 7,778.00 | 7,778.00 | 794.16 |
| TOYOTA MOTOR CREDIT CORP | Unsecured | NA | 268.71 | 268.71 | 63.01 | 0.00 |
| TRIBUTE GOLD MASTERCARD | Unsecured | 614.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 320.00 | NA | NA | 0.00 | 0.00 |
| TRIDENT ASSET MNGMT | Unsecured | 110.00 | NA | NA | 0.00 | 0.00 |
| VEIN CLINICS OF AMERICA | Unsecured | 1,257.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER EAST | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VISTA MEDICAL CENTER WEST | Unsecured | 103.00 | NA | NA | 0.00 | 0.00 |
| WEST ASSET MANAGEMENT | Unsecured | 409.00 | NA | NA | 0.00 | 0.00 |
| WEST BAY ACQUISITIONS | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (9/1/2009)**

| **Summary of Disbursements to Creditors:** | Claim Allowed | Principal Paid | Interest Paid |
|---|---:|---:|---:|
| **Secured Payments:** | | | |
|     Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
|     Mortgage Arrearage | $3,951.42 | $3,495.46 | $0.00 |
|     Debt Secured by Vehicle | $19,619.00 | $19,619.00 | $1,815.38 |
|     All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$23,570.42** | **$23,114.46** | **$1,815.38** |
| **Priority Unsecured Payments:** | | | |
|     Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
|     Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
|     All Other Priority | $561.66 | $561.66 | $0.00 |
| **TOTAL PRIORITY:** | **$561.66** | **$561.66** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$26,891.01** | **$6,303.44** | **$0.00** |

**Disbursements:**

| | |
|---|---:|
| Expenses of Administration | $4,205.06 |
| Disbursements to Creditors | $31,794.94 |
| **TOTAL DISBURSEMENTS:** | **$36,000.00** |

12) The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 09/09/2016        By: /s/ Glenn Stearns
                                                             Trustee

**STATEMENT**: This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (9/1/2009)**